## United States District Court
Eastern District of Missouri
111 S. 10th Street, Rm.3.300
St. Louis, Missouri 63102

*James G. Woodward*  
 *Clerk of Court*

*Phone: 314-244-7900*

IN RE: THE BUSINESS OF THE COURT

# ORDER

**IT IS HEREBY ORDERED** that the Clerk of Court is directed to forward the following foreign passport to Immigration and Customs Enforcement - Attn. Field Office Director, 101 W. Congress Pkwy., Suite 4000, Chicago, IL 60605.

| Defendant Name | Passport Number | Case Number | JCC Date |
|---|---|---|---|
| Christain Joel Juan | 27256364N(Argentina) | 4:10-cr-00291-JCH | 05/26/2011 |

Dated this 30th day of June, 2011.

Catherine D. Perry  
United States District Judge